**SHA-1 Hash:** 6B70494F5C2FAC53634DB4E1670C6950988B735C

**Title:** TD Siterip #1
**Rights Owner:** Third Degree

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|------|-----|----------------|------|-------|-----|---------|
| 1 | 173.56.101.81 | 5/15/2012 6:34 | Carteret | NJ | Verizon Internet Services | BitTorrent |
| 2 | 173.61.93.22 | 5/11/2012 22:41 | Marlton | NJ | Verizon Internet Services | BitTorrent |
| 3 | 173.70.53.27 | 5/25/2012 10:26 | Ramsey | NJ | Verizon Internet Services | BitTorrent |
| 4 | 173.70.54.171 | 5/29/2012 11:08 | Ramsey | NJ | Verizon Internet Services | BitTorrent |
| 5 | 71.127.245.156 | 5/28/2012 16:10 | Mahwah | NJ | Verizon Internet Services | BitTorrent |
| 6 | 72.82.176.244 | 5/21/2012 10:01 | Cherry Hill | NJ | Verizon Internet Services | BitTorrent |
| 7 | 96.248.117.18 | 5/31/2012 20:10 | Glassboro | NJ | Verizon Internet Services | BitTorrent |
| 8 | 68.44.191.4 | 6/5/2012 1:23 | Sewell | NJ | Comcast Cable | BitTorrent |
| 9 | 98.221.131.44 | 5/14/2012 3:17 | Hillsborough | NJ | Comcast Cable | BitTorrent |

EXHIBIT A